Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

George Torres, Oliver Zhang, and Michael Abary,
            Plaintiff(s),

v.

BMW of North America, LLC and Bavarian Motor Works,
            Defendant(s).

Case No: 3:19-cv-00087-JD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Casey G. Watkins, an active member in good standing of the bar of Supreme Court of New Jersey, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: BMW of North America, LLC in the above-entitled action. My local co-counsel in this case is Scott S. Humphreys, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 210 Lake Drive East, Ste. 200<br>Cherry Hill, New Jersey 08002 | 2029 Century Park East, Suite 800<br>Los Angeles, California 90067 |
| MY TELEPHONE # OF RECORD:<br>(856) 761-3455 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(424) 204-4400 |
| MY EMAIL ADDRESS OF RECORD:<br>watkinsc@ballardspahr.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>humphreyss@ballardspahr.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 060122014.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/13/19

            Casey G. Watkins
            APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Casey G. Watkins is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/14/19

            UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE